**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

MARIA CAAMANO,

       Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 6:22-cv-1981-WWB-DCI

MAMMOTH MARKETING GROUP,
LLC,

       Defendant.
_____

## **ORDER**

THIS CAUSE is before the Court on the parties' Stipulation of Dismissal (Doc. 31), filed December 27, 2023. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on January 8, 2024.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record